NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AKER BIOMARINE AS, ENZYMOTEC LTD., ENZYMOTEC USA, INC.,**
*Appellants*

v.

**NEPTUNE TECHNOLOGIES AND BIORESSOURCES INC.,**
*Cross-Appellant*

---

2016-1067, -1108, -1111

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00003, IPR2014-00556.

---

**ON MOTION**

---

**O R D E R**

Appellant Aker BioMarine AS.'s moves unopposed to extend time to file appellants Aker BioMarine AS, Enzymotec Ltd., and Enzymotec USA, Inc.'s principal briefs until February 19, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

 November 17, 2015        /s/ Daniel E. O'Toole
      Date                Daniel E. O'Toole
                            Clerk of Court