# Nos. 16-1067, 16-1108, 16-1111

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

AKER BIOMARINE AS, ENZYMOTEC LTD., ENZYMOTEC USA, INC.,

*Appellants,*

v.

NEPTUNE TECHNOLOGIES AND BIORESSOURCES INC.,

*Cross-Appellant.*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board Nos. IPR2014-00003 and IPR2014-00556

## NEPTUNE TECHNOLOGIES AND BIORESSOURCES INC.'S
## CERTIFICATE OF COMPLIANCE WITH
## FEDERAL CIRCUIT RULE 17(f)

# CERTIFICATE OF INTEREST

1. The full name of every party or *amicus curiae* represented by me is:

    Neptune Technologies and Bioressources, Inc.

2. The name of the real party in interest (if the parties named in the caption are not the real parties in interest) represented by me is:

    Same as stated in paragraph 1.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or *amicus curiae* represented by me are:

    Neptune Technologies and Bioressources, Inc. has no parent corporation. No publicly held corporation owns 10% or more of Neptune Technologies and Bioressources, Inc. stock.

4. The names of all law firms and the partners or associates that appeared for the party or *amicus curiae* now represented by me in the trial court of agency or are expected to appear in this Court are:

    Cooley LLP: Dean Farmer, Jonathan G. Graves, Laura J. Cunningham and former Cooley LLP employees, Stephen L. Altieri and Jing Wang.


Dated: December 7, 2015                    Respectfully submitted,
                                           /s/ *Jonathan G. Graves*
                                           Jonathan G. Graves

# RULE 17(f) CERTIFICATE OF COMPLIANCE

Cross-Appellant Neptune Technologies and Bioressources Inc. certifies that it has complied with Federal Circuit Rule 17(f) in the above-captioned appeals.

Dated: December 7, 2015

Respectfully submitted,

/s/ *Jonathan G. Graves*
Jonathan G. Graves
Cooley LLP
One Freedom Square
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Cross-Appellant Neptune Technologies and Bioressources, Inc.*

# **CERTIFICATE OF SERVICE**

I, hereby certify that on this 7th day of December 2015, I am electronically filing the foregoing NEPTUNE TECHNOLOGIES AND BIORESSOURCES INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 17(f) using the Court's CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Amanda Hollis<br>amanda.hollis@kirkland.com<br>Kirkland & Ellis<br>300 North LaSalle<br>Chicago, IL 60654 | Elizabeth J. Holland<br>eholland@goodwinprocter.com<br>Cynthia Lambert Hardman<br>chardman@goodwinprocter.com<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |
| John C. O'Quinn<br>John.oquinn@kirkland.com<br>William H. Burgess<br>William.burgess@kirkland.com<br>Kirkland & Ellis<br>655 15th Street NW<br>Washington, DC 20005 | William H. Jay<br>wjay@goodwinprocter.com<br>Goodwin Procter LLP<br>901 New York Avenue, NW<br>Washington, DC 20001 |

*/s/ Jonathan G. Graves*
Jonathan G. Graves